UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YUKI IWAMURA,

               Plaintiff,

- against -

ADVANCE LOCAL MEDIA LLC,

               Defendant.

23-cv-1628 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 12, 2023**.

SO ORDERED.

Dated:   New York, New York
           April 25, 2023

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                             United States District Judge