USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YUKI IWAMURA,

                              Plaintiff,

             -against-

ADVANCE LOCAL MEDIA LLC,

                             Defendant.

------------------------------------------------------------X

23-CV-01628 (JGK)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

       A settlement conference is scheduled for Wednesday, August 9, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information in advance of the conference.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, August 2, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

SO ORDERED.

                                                                               SARAH NETBURN
                                                                               United States Magistrate Judge

DATED:       June 12, 2023
                  New York, New York