```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YUKI IWAMURA,
                    Plaintiff(s)
                                                                    23 civ 1628 (JGK)
           -against-

ADVANCE LOCAL MEDIA, LLC,
                    Defendant(s).
------------------------------------------------------------X
```

## ORDER

The matter having been referred to Magistrate Judge Sarah Netburn on May 15, 2023,

The conference scheduled for July 20, 2023, at 3:30, is canceled.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 12, 2023